# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                    NO. 4:08CR00335-01 JLH

ANTHONY PAUL MURPHY                                                                       DEFENDANT

## ORDER

Pending before the Court is defendant's Unopposed Motion for Continuance of the revocation hearing currently scheduled for Tuesday, September 27, 2011. The motion is GRANTED. Document #25.

The hearing on the Motion to Revoke Probation is hereby rescheduled to begin on ***FRIDAY, DECEMBER 9, 2011, at 1:00 p.m.***, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the conditions of probation previously imposed should not be revoked. Document #23.

IT IS SO ORDERED this 23rd day of September, 2011.

_____

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE